IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIMELYN A. MINNIFIELD,

  Plaintiff,

    v.

CIVIL ACTION FILE
NO. 1:17-CV-4458-TWT

WELLS FARGO BANK, NA
as Trustee for the Pooling and
Servicing Agreement dated as of May
1, 2005 Asset Backed Pass-Through
Certificates, Series 2005-WHQ3, et al.,

  Defendants.

**ORDER**

This is the third action (not counting bankruptcies) filed by the Plaintiff seeking to avoid foreclosure of her mortgage. It is before the Court on the Report and Recommendation [Doc. 43] recommending granting the Defendants' Motions to Dismiss on the grounds of collateral estoppel and lack of standing. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Docs. 31, 32, 33 & 34] are GRANTED.

<mark>T:\ORDERS\17\Minnifield\r&r.wpd</mark>

SO ORDERED, this 31 day of July, 2018.


                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge